Affidavit of SPECIAL PROCESS SERVER

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number    20-CV-02453

FELICIA PARNELL, FRANK DONIS, RASHID MUHAMMAD, BRENDAN KELLY, DAVID EVANS III, MONTA SERVANT, JOSEPH TINOCO AND TIMOTHY PARKER,

v.

THOMAS J. DART, SHERIF OF COOK COUNTY AND THE COUNTY OF COOK, ILLINOIS

I, JOHN VALLE

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

## ALTERNATIVE SERVICE

THAT I SERVED THE WITHIN     SUMMONS, COMPLAINT,
ON THE WITHIN NAMED DEFENDANT     THOMAS J. DART, SHERIFF OF COOK COUNTY
BY LEAVING A COPY OF EACH WITH     MAILING
ON    5/4/2020

AND FURTHER MAILED A COPY OF THE PROCESS IN A SEALED ENVELOPE WITH THE POSTAGE PREPAID TO THE DEFENDANT, AT HIS LISTED ADDRESS ON    05/04/2020

AND ALSO MAILING A COPY CERTIFIED MAIL ON    05/04/2020

AS INSTRUCTED BY THE SHERIFF I STAMPED THE COPY OF THE SUMMONS PAGE AND ON APRIL 30, 2020 AT THE COURTHOUSE AND PLACED SUMMONS AND COMPLAINT IN THE MAIL VIA USPS FIRST CLASS MAIL ON 05/04/2020 TO SHERIFF TOM J. DARTSHERIFF OF COOK COUNTY AT: 50 W. WASHINGTON ST., ROOM 704, CHICAGO, IL 60602

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| Sex | Race | Age |
|---|---|---|
| Height | Build | Hair |

AT THE LOCATION    50 W WASHINGTON ST, #704
CHICAGO, ILLINOIS 60602

Date of Service 5/4/2020
Time: 7:17 AM

JOHN VALLE     5/4/2020
SPECIAL PROCESS SERVER    115-002281

UNDER PENALTIES OF PERJURY AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENT ARE TRUE AND CORRECT, EXCEPT AS TO MATTERS THEREIN STATED TO BE ON INFORMATION AND BELIEF AND SUCH MATTERS THE UNDERSIGNED CERTIFIES AS AFORESAID THAT HE/SHE VERILY BELIEVES SAME TO BE TRUE.

JOHN VALLE     5/4/2020

*10521A*

Law Firm ID: TALON LAW, LLC     Firm #     Case Return Date: 06/21/2020

**Affidavit of SPECIAL PROCESS SERVER**

Total: **$80.00**

*10521A*

Law Firm ID: **TALON LAW, LLC**     Firm #:     Case Return Date: **06/21/2020**