# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DAVID EVANS III, RASHID MUHAMMAD, MONTA SERVANT, FELISHA PARNELL, TIMOTHY PARKER, DWIGHT ANDERSON, JOSEPH TINOCO, and FRANK DONIS on behalf of themselves and all others similarly-situated, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS J. DART, Sheriff of Cook County, and the COUNTY OF COOK, ILLINOIS, a unit of local government as joint employer for FLSA purposes and as indemnitor, RAMON D. WILLIAMS (Individual Capacity), and ANTHONY MCGEE (Individual Capacity), <br><br> Defendants. | Case No. 20-cv-2453 <br><br> The Honorable Judge Rebecca Pallmeyer <br><br> Magistrate Judge Kim <br><br><br> JURY DEMANDED |

## NOTICE OF MOTION

TO:   Mona Lawton, Esq.   mona.lawton@cookcountyil.gov

PLEASE TAKE NOTICE THAT ON July 16, 2020 at 8:45 a.m., I shall appear before the Honorable Judge Rebecca Pallmeyer, Courtroom 2541, Everett McKinley Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 and present the attached Plaintiffs' Motion For Leave to File Second Amended Complaint in the above-captioned matter. A copy is included herewith.

Respectfully submitted,

*/s/ Cass T. Casper*

Plaintiffs' Attorney

Cass T. Casper (ARDC # 6303022)
TALON LAW, LLC
105 West Madison Street, Suite 1350
Chicago, Illinois 60602
P: (312) 351-2478
F: (312) 276-4930
E: ctc@talonlaw.com

## **CERTIFICATE OF SERVICE**

    The undersigned, an attorney, hereby certifies that the foregoing document and all attachments thereto were served upon counsel for Defendants Thomas J. Dart and Cook County via email, and that such counsels are registered e-filers.

                                                      */s/Cass T. Casper*